No. 78–6920.  MATTHEWS v. HILTON, PRISON SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 78–6921.  FERRELL v. YOUNG, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 78–6925.  HUNDLEY v. FERENCE ET AL.  C. A. 3d Cir. Certiorari denied.

No. 78–6927.  GILES v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 78–6929.  BROWN v. MEROLA ET AL.  C. A. 2d Cir. Certiorari denied.

No. 78–6930.  EASTON v. MISSOURI.  Ct. App. Mo., Springfield Dist.  Certiorari denied.

No. 78–6931.  PITCHFORD v. SUPREME COURT OF ARKANSAS. Sup. Ct. Ark.  Certiorari denied.

No. 78–6934.  PHILLIPS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–6935.  JONES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6937.  BELL v. CHURCH ET AL.  C. A. 5th Cir. Certiorari denied.

No. 78–6939.  KASSIMA v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 79–3.  HOUSEN v. DUKE.  Sup. Ct. Wyo.  Certiorari denied.

No. 79–6.  MILLER v. NEW YORK.  County Ct. of Broome County, N. Y.  Certiorari denied.

No. 79–7.  MORRIS ET AL. v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.